IN THE
SEVENTEENTH JUDICIAL CIRCUIT
WINNEBAGO COUNTY ILLINOIS

THOMAS POWERS )
PLAINTIFF )
VS. )
LIBERTY HEALTH CARE, ) CASE NO. _____
RANDY PLUNK )
ABBY HAUGHEE )
JOHN AND JANE DOE et al; )
WILLIAM BECKETT )
)
DEFENDANTS )

## I. JURISDICTION AND VENUE

1. THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. SECTION 1983 TO REDRESS THE DEPRIVATION, UNDER COLOR OF STATE LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C SECTION 1331 AND 1343. PLAINTIFF POWERS SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 AND 2202. PLAINTIFF POWERS' CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C SECTION 2283, AND 2284 AND RULE 65 OF THE FEDERAL RULE OF CIVIL PROCEDURE.

2. THE CENTRAL DISTRICT OF ILLINOIS IS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391 (b)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURRED.

## II. PLAINTIFF

3. PLAINTIFF POWERS IS AND WAS AT ALL TIMES MENTIONED A CIVIL DETAINEE OF THE STATE OF ILLINOIS IN THE CUSTODY OF THE ILLINOIS DEPARTMENT OF HUMAN SERVICES THROUGH CONTRACTUAL ENTITY OF LIBERTY HEALTH CARE CORPORATION. PLAINTIFF THOMAS POWERS IS CURRENTLY ON HOME CONFINEMENT AT 1012 SOUTH CHERRY STREET IN EFFINGHAM, ILLINOIS 62401.

## III. DEFENDANTS

4. THE DEFENDANT LIBERTY HEALTH CARE CORPORATION WAS AT ALL TIMES RELEVANT OF THIS COMPLAINT CONTRACTUALLY EMPLOYED THROUGH THE STATE OF ILLINOIS WHILE ENGAGING IN THE CONDUCT COMPLAINED OF IN THE COURSE AND SCOPE OF ITS EMPLOYMENT UNDER COLOR OF LAW IS SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY IN VIOLATION OF THE PLAINTIFF'S CONSTITUTIONAL RIGHTS.

5. THE DEFENDANT RANDY PLUNK DIRECTOR OF LIBERTY HEALTH CARE'S CORPORATION CONDITIONAL RELEASE PROGRAM WAS AT ALL TIMES RELEVANT OF THIS COMPLAINT CONTRACTUALLY EMPLOYED THROUGH THE STATE OF ILLINOIS WHILE ENGAGING IN THE CONDUCT COMPLAINED OF IN THE COURSE AND SCOPE OF HIS EMPLOYMENT UNDER

COLOR OF LAW IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY IN VIOLATION OF THE PLAINTIFF'S CONSTITUTIONAL RIGHTS.

6. DEFENDANT ABBY HAUGHEE CONDITIONAL RELEASE AGENT FOR PLAINTIFF THOMAS POWERS WAS AT ALL TIMES RELEVANT OF THIS COMPLAINT CONTRACTUALLY EMPLOYED THROUGH THE STATE OF ILLINOIS WHILE ENGAGING IN THE CONDUCT COMPLAINED OF IN THE COURSE AND SCOPE OF HER EMPLOYMENT UNDER COLOR OF LAW IS SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY IN VIOLATION OF THE PLAINTIFF'S CONSTITUTIONAL RIGHTS.

7. DEFENDANT WILLIAM BECKETT WAS AT ALL TIMES RELEVANT OF THIS COMPLAINT CONTRACTUALLY EMPLOYED THROUGH THE STATE OF ILLINOIS WHILE ENGAGING IN THE CONDUCT COMPLAINED OF IN THE COURSE AND SCOPE OF EMPLOYMENT UNDER COLOR OF LAW IS SUED IN INDIVIDUAL AND OFFICIAL CAPACITY IN VIOLATION OF THE PLAINTIFF'S CONSTITUTIONAL RIGHTS.

8. DEFENDANT JANE OR JOHN DOE WAS AT ALL TIMES RELEVANT OF THIS COMPLAINT CONTRACTUALLY EMPLOYED THROUGH THE STATE OF ILLINOIS WHILE ENGAGING IN THE CONDUCT COMPLAINED OF IN THE COURSE AND SCOPE OF EMPLOYMENT UNDER THE COLOR OF LAW IS SUED IN INDIVIDUAL AND OFFICIAL CAPACITY IN VIOLATION OF THE PLAINTIFF'S CONSTITUTIONAL RIGHTS.

LIBERTY HEALTH CARE et al. 3900 WOOD DUCK DR. STE.F-SPRINGFIELD,ILL. 62711

## IV. FACTS

9. ON MARCH 15,2024, PLAINTIFF STIPULATED TO BEING A SEXUAL VIOLENT PERSON PURSUANT TO 725 ILCS 207/1 et seq. TO BE RELEASED FOR CONDITIONAL RELEASE A PLAN TO IMPLEMENT WITHIN SIXTY (60) DAYS.

10. ON MARCH 18,2024,PLAINTIFF POWERS IS TOLD TO SIGN A RENTAL LEASE FOR 1012 SOUTH CHERRY STREET, EFFINGHAM, ILLINOIS 62401.

11. ALSO ON MARCH 18,2024, PLAINTIFF POWERS IS REASSIGNED TO A CONDITIONAL RELEASE READINESS GROUP ALONG WITH A CONDITIONAL RELEASE WORKSHOP FOUR DAYS A WEEK.

12. ON APRIL 23,2024. PLAINTIFF POWERS MET WITH CONDITIONAL RELEASE AGENT ABBY HAUGHEE(IN PERSON), DIRECTOR RANDY PLUNK (BY PHONE), DEPUTY DIRECTOR STEVE GLASIER, DEPUTY CHIEF WILLIAM BECKETT, AND CLINICAL DIRECTOR MS.RUSH, (THE REST ALL BY VIDEO).

13. ABBY HAUGHEE STATED TO PLAINTIFF POWERS "YOU HAVE A REPUTATION AND IT IS NOT GOOD". PLAINTIFF POWERS HAS NEVER MET ANY OF THESE INDIVIUALS.

14. HAUGHEE INFORMED PLAINTIFF POWERS NOT TO SIGN THE TRANSISTION PLAN.

15. ON MAY 2, 2024 PLAINTIFF POWERS FILED A "MOTION TO LEAVE FOR RESPONDENT RESPONSE TO CONDITIONAL RELEASE PROPOSED PLAN WITH OBJECTIONS TO DISCRE-TIONARY RULES 33, 39, 45, 48, 52, AND 62 IN DIRECT RELATION TO THE COM-MITMENT OF DANIEL HOLT 2022 Il App(1st) 210402,213 N.E. 2d 380 STATING RULES 29-68 ARE THE DISCRETION OF THE PRESIDING JUDGE.

16. THERE ARE 28 RULES SET BY SEXUAL VIOLENT PERSON STATUTE 725 ILCS 207/40; LIBERTY HEALTH CARE CORPORATION AND ITS AGENTS HAVE IMPLEMENTED IN THEIR DISCRETION RULES 29-68, THESE RULES VIOLATED PLAINTIFF'S CONSTITUTIONAL RIGHTS.

17. ON MAY 19, 2024, HAUGHEE IN AN EMOTIONAL STATE SAID "THIS IS MY SECOND TIME I HAVE HAD TO COME DOWN HERE (TO IDHS/TDF) FOR THIS TRANSITIONAL PLAN." I FELT THREATENED BY THIS COMMENT. THIS BOILER PLATE PLAN WAS READ. ALL PRESENT BY VIDEOATTORNEY CLAYTON ZAMUDIO, DEPUTY CHIEF WILLIAM BECKETT AND JERMIE SYMOUR WAS PRESENT IN THE ROOM.

18. ON MAY 23, 2024, PLAINTIFF POWERS WAS RELEASED FROM THE IDHS/TDF AND BROUGHT TO THE LEASE AGREEMENT HOUSE BY AGENT ABBY HAUGHEE TO 1012 SOUTH CHERRY STREET EFFINGHAM, ILLINOIS 62401. PLAINTIFF POWERS WAS IMMEDIATELY PUT ON "HOME CONFINEMENT" AND HAS BEEN EVER SINCE. POWERS CAN NOT OPEN UP HIS DOOR, OBTAIN HIS MAIL, CAN NOT TAKE OUT HIS GARBAGE, GO TO THE GROCERY STORE, DO LEGAL RESEARCH BY GOING TO A LIBRARY, FREELY EXERCISE HIS RELIGION, CAN NOT TALK TO HIS NEIGHBORS. A PRISON WITH WINDOWS.

19. ON MAY 25, 2024, PLAINTIFF POWERS WAS TAKEN TO ALDI'S FIRST GROCERY SHOP, AGENT HAUGHEE STATED " I OBJECTIVED A WOMEN AT THE VEGETABLE/FRUIT SECTION, THAT I LOOKED AT THIS WOMAN FOR TWO SECONDS THEN AGAIN FOR ONE SECOND". THIS WAS TOLD TO THE PLAINTIFF TWO DAYS LATER. PLAINTIFF POWERS FELT IT WAS OBSURD AND CLEARLY DONE BY A PERSON WHO DOES NOT HAVE PLAINTIFF'S BEST INTEREST AND A PERSON WHO IS UNLICENSED TREATMENT PROVIDER.

20. ON JUNE 3, 2024, HAUGHEE WROTE BEHAVIORINTERVENTION NOTICES (WITHOUT ANY DUE PROCESS HEARING) THESE NOTICES REFERENCED RULE #41 THAT PLAINTIFF POWERS CALLED DIRECTORY ASSISTANCE "411" CALLING FOR ROTER RUTER TO UNCLOG THE TOILET THAT HAS BEEN CLOGGED FOR FIVE DAYS. BOTH HAUGHEE AND THE LANDLORD KNEW THE TOILET WAS CLOGGED. ALSO HAUGHEE WROTE A LETTER OF ADMONISHMENT THAT PLAINTIFF POWERS WAS NOT COMPLIANT OF TAKING HIS MEDICATION. TOTALLY UNTRUE AND MEDICATION WAS DIRECTED BY PLAINTIFF'S NEW DR. POULOS, HAUGHE SHOULD NOT BE INVOLVED IN HIS MEDICAL CONCERNS, A HIPPA VIOLATION AND TO WRITE A BEHAVIOR NOTICE WITHOUT A DUE PROCESS IS OBSURD.

21. IT BOILS DOWN TO PRISONS ARE FOR PUNISHMENT AND CIVIL COMMITMENT IS FOR TREATMENT. LIBERTY HEALTH CARE CORPORATION AND ITS AGENTS HAVE PUT MORE RESTRICTIONS THAN A PRISON. THIS MUST STOP.

22. PLAINTIFF POWERS WAS SCHEDULE FOR RIGHT SHOULDER REPLACEMENT ON MAY 7, 2024 AND DUE TO THE TRANSFER AND RESCHEDULED WITH ORTHO DR. POWELL YET WAS FURTHER DELAYED BY HAUGHEE, CAUSING PAIN TO POWERS' SHOULDER WITHOUT ASKING POWERS, HAUGHEE DELIBERATE INDIFFERENCE TO POWERS' SERIOUS MEDICAL NEED. ANOTHER HIPPA VIOLATION.

23. HAUGHEE COMPLAINS THAT SHE HAS TO PAY FOR LEGAL MAIL POSTAGE, TO BUY

TOILET PAPER, CLEANING SUPPLIES, TOOTHPASTE, SHAVING CREAM WITH RAZORS, ALL PRODUCT SUPPLIED IN PRISONS AND THE IDHS/TDF. IT IS SAD, IT IS WELL KNOWN LIBERTY HEALTH CARE CORPORATION HAS A TEN MILLION TWO HUNDRED THOUSAND DOLLAR CONTRACT FOR THIS YEAR OF 2024, ONE MUST ASK WHERE IS THIS MONEY GOING TO?

24. PLAINTIFF POWERS, SEVEN URINE DROPS AND BREATHALISER TEST WITH NO OFFERING ALCOHOL OR DRUG TREATMENT, IN VIOLATION OF PLAINTIFF'S FOURTH AMENDMENT.

25. ON "HOME CONFINEMENT" PLAINTIFF POWERS IS STILL ALLOWED THREE MEALS A DAY JUST AS PRISON OR THE "TDF" CORRECT? HAUGHEE REFUSED TO ALLOW PLAINTIFF TO SHOP DURING JUNE 21, 2024 to JUNE 30, 2024. POWERS HAD NO MILK, NO BREAD, , NO EGGS, NO MEAT.

26. HAUGHEE COMPLAINS EVERYTIME SHE HAS TO TAKE THE PLAINTIFF SHOPPING, ON JULY 1, 2024, HAUGHEE COMPLAINED THAT THE PLAINTIFF LOOKING FOR BAKING SODA WALKED RIGHT PAST STATING " YOU ARE NOT PAYING ATTENTION" LOUD ENOUGH FOR EVERYONE IN ALDI'S, ON JULY 8, 2024 WHILE AT WALMART, LOOKING FOR SUPERGLUE, WALKED PAST THE SUPERGLUE, HAUGHEE STATING "YOU STILL DO NOT PAY ATTENTION", POWERS SHOULD NOT HAVE TO GO THROUGH THIS ABUSE BY AN UNLICENSED SEX OFFENDER TREATMENT PROVIDER. HAUGHEE IS DIRECTLY INVOLVED IN PLAINTIFF'S POWERS CARE, CUSTODY AND TREATMENT PURSUANT TO SEX OFFENDER EVALUATION AND TREATMENT PROVIDER ACT ( 225 ILCS 109/1 et seq.). THE ONLY PERSON WHO IS DIRECTLY INVOLVED IN THE PLAINTIFF'S TREATMENT WHO IS LICENSED UNDER "SOETP", IS CLINICAL THERAPIST THERESA LOY.

27. PLAINTIFF POWERS SEE CLINICAL THERAPIST LOY ON MONDAYS 1:30pm to 2:30pm, AND THURSAY 11:00am to 12:30p.m. ( A GROUP SESSION) WITH EIGHT TO TEN GROUP MENMEBERS (FIVE IDOC AND FOUR TDF).

28. ON JULY 10, 2024, UNPROFESSIONALLY HAUGHEE DEMANDS THE PLAINTIFF ADMIT THAT HE BRUTALIZED THE COMPLAINANT IN THE MATTER OF PEOPLE VS POWERS CASE NUMBER 2000 CF 369 WINNEBAGO COUNTY. POWERS THOUGHTS THAT HAUGHEE WANTS POWERS TO CHANGE HIS PLEA FROM "NOT GUILTY" TO GUILTY PLEA OTHERWISE PLAINTIFF WILL NOT ADVANCE, AND IT IS EVIDENT THAT PLAINTIFF HAS BEEN DENIED TO TAKE OUT HIS GARBAGE AND OBTAIN HIS MAIL AND REMAINS ON TWENTY-FOUR HOUR HOME CONFINEMENT.

29. TO DATE LIBERTY HEALTH CARE CORPORATION AND ITS AGENTS HAVE DENIED PLAINTIFF POWERS THE FOLLOWING FIRST AMENDMENT RIGHTS:

    A. PLAINTIFF'S RIGHT TO ACCESS THE COURT, ACCESS HIS MAIL AND HAVE CAUSED LEGAL INJURY DUE TO NO LAW LIBRAY AND LIMIT MAIL ACCESS.

    B. PLAINTIFF HAS BEEN DENIED HIS RIGHT FOR FREELY EXERCISE HIS RELIGION OF BEING A GOD-FEARING CHRISTIAN WHO BELIEVES THAT JESUS CHRIST DIED FOR HIS SINS.

    C. FREEDOM OF ASSOCIATION, DENYING INERNET USAGE AND DENIED FREE ASSOCIATION WITH FAMILY, FRIENDS AND COMMUNITY.

30). HAUGHEE'S STATMENTS FOR AN UNLICENSED TREATMENT PROVIDER AMOUNT TO VERBAL ABUSE: 1). YOU HAVE A REPUTATION AND IT IS NOT GOOD, 2) YOU HAVE BRUTALLY TRAUMATIZED YOUR VICTIMS 3) THAT SHE IS GOING TO CALL YOUR VICTIMS 4). SHE IS GOING TO CALL THE NEIGHBORS AND TELL THEM WHO YOU ARE, 5) CALL DIRECTOR PLUNK AND HAVE ME SENT BACK TO THE "TDF", 6). WRITING BEHAVIOR INTERVENTION NOTICES LETTER OF ADMONISHMENT, LETTER OF UNDERSTANDING WITHOUT DUE PROCESS HEARING, 7) UNLESS I ADMIT AND ACCEPT RESPONSIBILITY CHANGING MY PLEA, I WILL STAY ON HOME CONFINEMENT, 8) HIPPA VIOLATIONS CHANGING APPOINTMENTS WITH DOCTORS FOR SERIOUS MEDICAL NEEDS WITHOUT INFORMING PLAINTIFF, 9). DELAYING SOCIAL SECURITY DISABILITY HEARING, 10). DENYING TO TALK WITH GUARDIANSHIP ADOVACY COMMISSION ON MENTAL HEALTH ISSUES IN ADDITION ILLINOIS DEPARTMENT OF HUMAN SERVICES CLINICAL THERAPIST ON THIS HOME CONFINEMENT WITH KNOWLEDGE OF A SENSE OF LONLINESS ISSUE.

31). HAUGHEE'S CONTINOUS BEHAVIOR IS AN ATTEMPT TO VICTIMIZE THE PLAINTIFF.

32). IT IS THE INTENT OF LIBERTY HEALTH CARE CORPORATION TO KEEP PLAINTIFF ON HOME CONFINEMENT FOR EVER IN VIOLATION OF PLAINTIFF RIGHT OF DUE PROCESS UNDER THE FOURTEENTH AMENDMENT AND CLEAR VIOLATION OF PLAINTIFF'S FIRST AMENDMENT.

33). IT HAS BEEN WELL ESTABLISHED THAT OUTGOING MAIL DOES NOT HAVE RESTRICTIONS ON WHAT IS PLACED IN A MAILBOX, YET HAUGHEE DENIES OUTGOING MAIL.

34). ON JULY 22, 2024 I REQUESTED FROM ACTING AGENT COVERING FOR HAUGHEE, TO GO THE GROCERY STORE AFTER GROUP, MR. WLECH SAID "OK", AND I SHOPPED FOR NECCESSITIES, IT TOOK TEN MINUTES.

35). HAUGHEE RETURNED FROM HER VACATION (7/16/24 to 7/23/24), ON WEDNESDAY JULY 24, 2024 at 12:30pm RETURNS AND ENTERS MY HOUSE, STARTS SCREAMING ABOUT MY TEN MINUTE GROCERY SHOP WITH ACTING AGENT CURT WELCH, CONTINUES THAT I AM NOT ALLOWED TO CALL IDHS MENTAL HEALTH OR GUARDIAN ADOVACY COMMISSION AND LOOKING FOR A FOOT DOCTOR THAT TAKES MEDICAD.

36). PLAINTIFF HAS INFORMED HAUGHEE THAT THERE ARE MICE IN THE HOUSE EATING FOOD, THERE ARE SOME TYPE OF ANIMALS IN THE ATTIC AND IN THE WALLS, THE FURNACE FILTERS ARE COMPLETELY BLACK, THE MAILBOX LEAKS DRENCHING THE MAIL THAT HAS TO STAY IN THE MAILBOX FOR DAYS. ALL OF THIS WAS INFORMED TO HAUGHEE WEEKS AGO YET NOTHING DONE ABOUT.

37). THIS AGENT IS DENYING MEDICAL ATTENTION, DENYING MENTAL HEALTH ATTENTION AND IT CAUSING PLAINTIFF, THERE IS NO GRIEVANCE PROCESS ONLY THIS COURT, GREAT MENTAL ANXIETY, FEELING OF HOPELESSNESS, HELPLESSNESS.

38). ON JULY 31, 2024, HAUGHEE STARTED AGAIN ON CALLING IDHS 988 AND GUARDIAN ADOVACY COMMISSION IN REFERENCE TO CAUSE THAT THE UNCONSTITUTIONAL CONDITION OF 24 HOUR CONFINEMENT, THREATENING TO PROLONG POWERS CONDITIONAL RELEASE, WRITING BEHAVIOR REPORTS, BRING ING IN TWO CR AGENTS ALONG WITH TDF INTERNAL SECURITY, HAUGHEE IS CAUSING POWERS' DEPRESSION AND LONELINESS.

39. THE MERE FACT THAT HAUGHEE STATES "THESE CALLS WOULD BE APPROVED, THEN WRITING BEHAVIOR REPORTS WITHOUT DUE PROCESS HEARING, INTENT TO KEEP POWERS LONGER ON CONDITIONAL RELEASE IS A VIOLATION OF DUE PROCESS.

40. **POWERS CANNOT BE CONSIDERED DANGEROUS PURSUANT TO** FOUCHA V. LOUISIANA **AND ACTURIAL TOOLS OF STATIC 99-R** AND STATIC 2002-R AUTHOR DR. KARL HANSEN WHO STATES "THAT IF A PERSON HAS REACHED THE AGE OF SIXTY AND WITH TWENTY YEARS OF INCARCERATION HAS A ZERO CHANCE OF REOFFENDING", POWERS IS SIXTY-FIVE YEAR AND HAS SERVED OVER TWENTY-FOUR YEARS OF INCARCERATION, YET POWERS IS KEPT ON A TWENTY-FOUR HOUR HOME CONFINEMENT AND DENIED TO ASSOCIATE WITH HIS FAMILY. MAXIMUM SECURITY PRISONS CAN COMMUNICATE WITH FAMILY.

41. ON AUGUST 7, 2024 DR. L. MEINHARDT'S EXAMINATION AND REMOVE OF BIOPSY HAS BEEN DETERMINED A "MELONOMA", SURGERY TO REMOVE MELONOMA AND LYMPH NODES ON AUGUST 19, 2024, HAUGHEE STATING "YOU ARE GOING BACK TO THE TREATMENT AND DETENTION CENTER."

42. POWERS WAS DENIED TO CALL HIS FAMILY ABOUT CANCER, THE SURGERY AND POWERS WELL-BEING.

43. HAUGHEE COMPLAINS ABOUT ALL MEDICAL APPOINTMENTS STATING "THAT POWERS SHOULD NOT HAVE COME OUT OF THE TREATMENT AND DETENTION CENTER WITH MEDICAL APPOINTMENTS AND PENDING LEGAL MATTERS."

44. HAUGHEE UP TO THIS POINT REFUSES TO ALLOW POWERS TO ACCESS THE COMPUTER INTERNET LAW LIBRARY AND HAS CAUSED LEGAL INJURY.

45. POWERS RECEIVED LETTERS OF ADMONISHMENT FOR CONTACTING A FOOT DOCTOR DUE TO THE PAIN MOST LIKELY RELATED TO POWERS DIABETIS, THAT I MUST GO THROUGH A REFERRAL, HAUGHEE IS DELIBERATELY INDIFFERENT WITH POWERS SERIOUS MEDICAL NEEDS CAUSING SERIOUS PAIN IN BOTH FEET, TELLING POWERS TO PUT IT, IT OFF UNTIL FURTHER NOTICE.

46. POWERS HAS BEEN DENIED TO APPLY FOR EMPLOYMENT BUT MUST BE ABLE TO PAY FOR HIS BILLS AND DEPENDANTS TO BE DISCHARGE FROM CONDITIONAL RELEASE JUST ANOTHER PLOY TO KEEP POWERS LONGER ON THIS TWENTY-FOUR HOUR HOME CONFINEMENT.

47. HAUGHEE WRITES BEHAVIOR REPORTS WITH NO DUE PROCESS ON POWERS' INTERACTION WITH "IDHS-988 MENTAL HEALTH HOTLINE" TO DISCUSS THE DETRIMENTS OF THE UNLAWFUL, UNVOLUNITARY TWENTY-FOUR HOUR HOME CONFINEMENT ON LONELINESS AND DEPRESSION, HAUGHEE CLAIMING THAT POWERS HAS A TWENTY-FIVE YEAR OLD PHONE HARRASSMENT ALLEGATION ON HIS SISTER-IN-LAW, STATING THAT ONCE AGAIN THAT POWERS WOULD BE APPROVED BUT STILL WRITES BEHAVIOR REPORT. HAUGHEE IS DELIBERATELY INDIFFERENT TO POWERS SERIOUS MENTAL HEALTH NEED.

48. IT IS EVIDENT THAT HAUGHEE IS NOT A LICENSED SEX OFFENDER EVALUATOR OR TREATMENT PROVIDER PURSUANT TO 225 ILCS 109/1 et seq. AND HAS CAUSED SERIOUS RAMIFICATION AGAINST POWERS AND MUST BE HELD LIABLE.

49. ON SEPTEMBER 5, 2024 POWERS IS FORCED TO TAKE A "PPG" ALLOWING PORN TO BE BROUGHT FORTH INTO POWERS MIND, POWERS IS A MAN OF GOD. RESULTS FROM THE "PPG", THERE WAS NO SEXUAL AROUSAL TO THE OTHER SPECIFIED PARAPHILIC DISORDER NONCONSENT.

50. ON SEPTEMBER 17, 2024 FORCED TO UNDERGO A POLYGRAPH, YET DR. TRICE REFUSED TO ADMINISTER POLYGRAPH. AGENT HAUGHEE HAS DISCIPLINED POWERS ON THE FAILURE TO ADMINISTER THE POLYGRAPH BY KEEPING POWERS ON AN UNDETERMINED AMOUNT OF TWENTY-FOUR HOUR HOME CONFINEMENT, STATING "YOU ARE BACK TO SQUARE ONE."

51. ON SEPTEMBER 20, 2024 HAUGHEE VERBALLY ATTACKS POWERS FOR THREE HOURS STATING THAT POWERS IS IN VIOLATION DUE TO HIS FAILURE TO INFORM HAUGHEE OF WHAT POWERS AND HIS PRIMARY CARE GIVER DR. POULOS AND HE TALKED ABOUT. I TOLD HAUGHEE THAT YOU DEMAND IS A HIPPA VIOLATION AND HAUGHEE WENT ON TO SAY BECAUSE I HAVE CANCER, DIABETIS, HIGH BLOOD PRESSURE AND NUMEROUS PHYSICAL AILMENTS THAT MY TIME ON THIS EARTH IS LIMITED SO THAT I MUST SETTLE UP THE PAST BY ADMITTING EVERYTHING YET THIS CIVIL COMMITMENT IS NOT ABOUT PAST CONDUCT (TWENTY-FIVE YEAR OLD CONDUCT) BUT PRESENT SUFFERING. HAUGHEE DID NOT LIKE THAT ANSWER AND THIS IS WHY WE HAVE "HIPPA".

52. HAUGHEE IS IN VIOLATION OF "HIPPA", AND THE SEX OFFENDER EVALUATION TREATMENT PROVIDER ACT, THE FIRST AMENDMENT AND DENIAL TO ACCESS THE COURT.

53. ON OCTOBER 1,2024, 1:30pm I APPEARED BEFORE JUDGE MAHER IN THE MATTER OF COMMITMENT OF POWERS 12 MR 419 WINNEBAGO COUNTY ILLINOIS. HAUGHEE PICKED ME UP AT 9:05am STATING " THIS HAS TO BE DONE TODAY, YOU SHOULD NEVER HAVE BEEN LET OUT OF THE "TDF" WITH LEGAL PROCEEDING, ALONG WITH MEDICAL ISSUES."

54. THIS MATTER WAS CONTINUED FROM AUGUST 6,2024, RESPONDENT PURSUANT TO BUTLER MOTION TO LEAVE FOR BUTLER INDIVIDUAL PLAN, MOTION FOR DISCHARGE MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR INDEPENDENT EVALUATOR.

55. AT 3:45 pm, JUDGE MAHER INFORMS THAT DUE TO TWO CRIMINAL TRIALS, THAT HE HAS NOT BEEN ABLE TO READ THE "BUTLER" MATTER AND CONTINUED TO NOVEMBER 6, 2024 at 2:30pm. HAUGHEE INFORMS AAG J. SHAMMO "THAT POWERS SHOULD NOT HAVE COME OUT OF THE "TDF" WITH PENDING LITIGATION."

56. AT THE MAIN STREET AND I-20 INTERSECTION ROCKFORD, ILLINOIS, HAUGHEE STATES " THE JUDGE SHOULD HAVE INFORMED US AT 1:30pm THAT OBJECTIONS ON BUTLER WOULD NOT BE HEARD", I STATED WE ARE STILL ON OBJECTION ON "HOLT"; HAUGHEE SNAPS AND SWIPES AT ME, TELLING ME TO "SHUT THE FUCK UP", GET THE FUCK OUT OF THE CAR AND WALK" RAGING EYEBALLS, DRIVING ANGRY, CONTINOUS TEXTING, WHILE DRIVING. I FELT THREATENED FOR THE NEXT FOUR HOURS I REFUSE TO SAY A WORD.

57. ON OCTOBER 3, 2024,CHIEF BECKETT AND HAUGHEE SHOW UP AT MY HOME WITH

THE POLYGRAPH REPORT FROM DR. THOMAS TRICE, I WAS NOT GIVEN A COPY, YET WHAT WAS READ TO ME WAS NOT TRUE. BECKETT STATING "I HAVE TO EARN MY RIGHTS".

58. HAUGHEE REFUSES TO GIVE ME COPIES OF THE POLYGRAPH REPORT ALONG WITH THE "PPG" REPORT.

59. ON OCTOBER 7, 2024 HAUGHEE INFORMED ME THAT I MUST PAY FOR X-RAYS OUR OUT OF POCKET, OUT OF NETWORK LOCAL DENTIST BEFORE GOING TO IN NETWORK PROVIDER NOT LOCAL JUST SO HAUGHEE DOES NOT HAVE TO DRIVE ME TO THE IN NETWORKNETWORK DENTIST TWICE.

60. HAUGHEE IS ALSO DEMANDING FIVE HUNDRED FOR RENT WITHOUT ALLOWING POWERS TO APPLY FOR A JOB.

61. PLAINTIFF NOW HAS TO COMPLETE A FULL SEXUAL HISTORY IN ATTEMPT TO BRING FORTH ADDITIONAL VICTIMS IN VIOLATION OF THE FIFTH AMENDMENT, BRINGING FORTH ANY WOMAN THAT RESPONDENT HAS HAD SEX WHEN UNDER THE INFLUENCE OF DRUGS AND ALCOHOL, INADDITION MY DISABLED WIFE DUE TO MY WIFE IS IN A WHEEL-CHAIR, EVERY SEXUAL CONDUCT BY THE RESPONDENT HAS BEEN CONSENTUAL AND AGAIN PAST CONDUCT IN RE: SAMUELSON ILLINOIS SUPREME COURT (2000). PLAINTIF IS BEING DENIED POLYGRAPH REPORTS AND "PPG" REPORTS IN VIOLATION OF THE FREEDOM OF INFORMATION ACT 5 ILCS 140/1 et seq., AND DUE PROCESS.

62. ON OCTOBER 17, 2024 PLAINTIFF WAS WRITTEN A "LETTER OF ADMONISHMENT", ON POLYGRAPH NOW STATING "UNCOOPERATIVE" TOTALLY UNTRUE, DEFENDANTS REFUSING TO PROVIDE ME A COPY OF THIS REPORT FROM THE POLYGRAPH EXAMINER.

63. THE LETTER OF ADMONISHMENT WAS NOW WRITTEN BY CHIEF WILLIAM BECKETT, READ TO ME BY AGENT HAUGHEE IN MY HOME, ANOTHER HOUR OF BASHING THREATENING TO TAKE ME BACK TO THE "TDF". REPEATING THAT I HAVE TO EARN MY RIGHTS, SAME AS MR. BECKETT STATED TO ME ON OCTOBER 3, 2024, KNOWING THESE REPORTS GO INTO THE ATTORNEY GENERAL TO EXTEND MY CONFINEMENT.

64. BECKETT AND HAUGHEE ARE GUILTY OF VIOLATING PLAINTIFF'S RIGHT TO DUE PROCESS IN VIOLATION OF THE FOURTEENTH AMENDMENT.

65. PLAINTIFF HAS REQUESTED FOR DENTAL CARE FOR SWOLLEN GUM ON LEFTSIDE, CANINE TOOTH ON LEFT SIDE FELL OUT AND PRESENTLY RIGHT SIDE CANINE IS LOOSE SINCE MAY 23, 2024 AND HAS BEEN DENIED DENTAL CARE, HAUGHEE WANTS PLAINTIFF TO PAY OUT OF POCKET FOR A LOCAL EFFINGHAM DENTIST INSTEAD OF DRIVING PLAINTIFF TO AN IN-NETWORK "FAMILIA DENTAL" IN CHAMPAIGH ILLINOIS (70 MILES) HAUGHEE STATING PLAINTIFF PAY FOR GAS, HAUGHEE IS DELIBERATELY INDIFFERENT TO PLAINTIFF'S SERIOUS DENTAL NEEDS.

66. ON NOVEMBER 6, 2024 HAUGHEE DROVE PLAINTIFF WINNEBAGO COUNTY COURTHOSE ROCKFORD, ILLINOIS IN THE COMMITMENT OF POWERS 12 MR 419, ON OBJECTIONS TO C/R 29-68 PURSUANT TO HOLT AND BUTLER. JUDGE MAHER READS LETTER THAT HAUGHEE ASSAULTED PLAINTIFF. AFTER HEARING HAUGHEE CONFISCATES PLAINTIFF'S LEGAL FOLDER IN ANOTHER RAGE. HAUGHEE'S IN RETALIATION OF PLAINTIFF'S LITIGATION.
ON NOVEMBER 7, 2024 3pm, HAUGHEE BY ORDERS OF C/R DIRECTOR PLUNK BRINGS PLAINTIFF BACK TO TDF WITH NO VIOLATION REPORT IN VIOLATION OF DUE PROCESS.

## V. LEGAL CLAIMS

PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE PARAGRAPHS 1-65

66. THE DEFENDANTS DENYING PLAINTIFF'S RIGHT OF DUE PROCESS, DENIAL OF FIRST AMENDMENT RIGHTS, DELIBERATE INDIFFERENCE TO PLAINTIFF'S SERIOUS MEDICAL NEEDS AND MENTAL HEALTH NEEDS IN VIOLATION OF PLAINTIFF THOMAS POWERS FOURTEENTH AMENDMENT, FIRST AMENDMENT, FOURTH AMENDMENT AND FIFTH AMENDMENT CAUSING PLAINTIFF POWERS PAIN, SUFFERING, PHYSICAL INJURY AND EMOTIONAL DISTRESS.

67. DEFENDANT LIBERTY HEALTH CORPORATION IMPLEMENTING DISCRETIONARY RULES THAT VIOLATE FIRST AMENDMENT RIGHTS. RULES 29-68 ARE DISCRETIONARY.

68. DEFENDANT ABBY HAUGHEE CONTINUTION OF HARRASSMENT, THREATS, DENYING SERIOUS MEDICAL ATTENTION ALONG WITH MENTAL HEALTH, INVOLVED IN THE DIRECT CARE CUSTODY AND TREATMENT YET UNLICENSED TO DO SO.

69. DEFENDANT RANDY PLUNK ILLEGAL ACTION WITH FUL KNOWLEDGE, REFUSES TO CORRECT THE ILLEGAL ACTION, FAILS TO CORRECT MISCONDUCT, THESE ILLEGAL ACTIONS ARE CONTINOUSLY CAUSING PLAINTIFF POWERS INJURY TO HIS FIRST AMENDMENT RIGHTS.

70. PLAINTIFF THOMAS POWERS HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN. PLAINTIFF POWERS HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANTS, UNLESS THIS HONORABLE COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF WHICH PLAINTIFF SEEKS.

## VI. PRAYER FOR RELEIF

WHEREFORE, PLAINTIFF RESPECTFULLY PRAY THAT THIS COURT ENTER JUDGMENT:

71. GRANTING PLAINTIFF POWERS A DECLARATION THAT ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATE PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES, AND

72. A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS LIBERTY HEALTH CARE CORPORATION, DIRECTOR RANDY PLUNK, AND AGENT ABBY HAUGHEE TO CEASE THEIR ILLEGAL CONDUCT TOWARD PLAINTIFF POWERS, AND

73. GRANTING PLAINTIFF THOMAS POWERS COMPENSATORY DAMAGES IN THE AMOUNT OF FIFTY THOUSAND DOLLARS ($50,000.00) AGAINST EACH DEFENDANT JOINTLY AND SEVERALLY.

74. PLAINTIFF SEEKS PUNITIVE DAMAGES IN THE AMOUNT OF $50,000.00. PLAINTIFF POWERS SEEKS DAMAGES AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY.

75. PLAINTIFF ALSO SEEKS A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

76. PLAINTIFF ALSO SEEKS RECOVERY OF COSTS IN THIS SUIT, AND

7.7 ANY ADDITIONAL RELIEF THIS HONORABLE COURT DEEMS, JUST, PROPER AND EQUITABLE.

DATED:_____

RESPECTFULLY SUBMITTED;

_____
THOMAS POWERS
CONDITIONAL RELEASEE (IDHS/TDF)
17019 COUNTY FARM ROAD
RUSHVILLE, ILLINOIS 62681

217-322-3204

## VERIFFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND, AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED IN RUSHVILLE, ILLINOIS ON _____.

_____
THOMAS POWERS

7. ANY ADDITIONAL RELIEF THIS HONORABLE COURT DEEMS, JUST, PROPER AND EQUITABLE.

DATED: 11/15

RESPECTFULLY SUBMITTED:

THOMAS POWERS
CONDITIONAL RELEASEE (IDHS/TDF)
17019 COUNTY FARM ROAD
RUSHVILLE, ILLINOIS 62681

217-322-3204

## VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND, AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED IN RUSHVILLE, ILLINOIS ON 11/15/21.

THOMAS POWERS



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK

# RUSHVILLE
# SCANNING COVER SHEET

**Notice -- Please read and carefully follow these instructions.**

1. Each pleading must have this cover sheet on top.
2. Each pleading must be legible. Typed, double-spaced pleadings are preferred.
3. All pages must be numbered.
4. Each pleading must be scanned separately as one complete document. A pleading may not be scanned page by page. If the pleading is more than 25 pages, then the pleading must be scanned and submitted in multiple emails with a maximum size of 25 pages. The subject line of each email should specify the range of pages included within. (For example, a 40 page pleading would be broken into 2 emails, the first with a subject line "Email 1 of 2 – Pages 1-25" and the second with a subject line of "Email 2 of 2 – Pages 26-40".)
5. Discovery requests and responses are not filed with the Court unless they are part of a motion to compel. Discovery requests and responses shall not be electronically filed per Local Rule 26.3. However, a Certificate of Service may be scanned stating you have served your discovery documents on the other parties in the case.
6. Only lines and boxes included on this form should be filled out. Do not provide any other information regarding your pleading on this Scanning Cover Sheet.

**Please complete the following (Print):**

Date: 11/15/2024

Name: Powers vs Liberty Health Care et al

Case Number: New case    ☐ (Check here if this is a new case)

**Type of Pleading (Check only one):**

☐ Motion / Petition    Civil Right Complaint 42 USC 1983
☐ Response / Reply
☐ Other (Specify)  Motion For Preliminary Injunction

Title of Pleading: Application to Proceed w/o prepay costs fees
(For Example, "Motion to Compel" or "Response to Summary Judgment")   or costs/Financial affidavit

Number of Pages for this Pleading (Not including Scanning Cover Sheet): 14 pages total